

**LawNY**
LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.

361 South Main Street
Geneva, NY 14456

Tel: (315) 781-1465
Toll-Free Clients Only: (866) 781-5235
Fax: (315) 781-2565
www.lawny.org

July 19, 2019

Jason S. DiPonzio, Esq.
950 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14624

Re: *Hampton v. Ontario County*, A.P. No. 2-17-02009

Dear Mr. DiPonzio:

This letter serves to confirm our agreement that, subject to court approval, the factual discovery deadline will be extended until August 31, 2019. The proposed change does not require a change of the trial date.

Please countersign this letter where indicated to confirm your agreement to this extension. Thank you for your attention to this matter.

Very truly yours:

Kari A. Talbott, Esq.
Counsel for Plaintiffs Joseph and Brenda Hampton


AGREED TO:

Jason DiPonzio, Esq.
Counsel for Defendant Ontario County

SO ORDERED.

_____
Hon. Paul R. Warren